IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-308-JLK**

**RIGHTHAVEN, LLC, a Nevada limited liability company,**

        Plaintiff,

v.

**UK-2 LIMITED, a United Kingdon corporation, and
AIRLINE WORKERS UNITE, an entity of unknown origin and nature,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion for Issuance of Subpoena Duces Tecum Directed to UK-2 Limited (doc. #9), filed April 8, 2011, is **GRANTED**.  The Clerk of the Court is directed to issue the subpoena as requested.

Dated:  April 15, 2011